IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

   Plaintiff,

  v.

JUNMAKIA HENLEY
AND OTHERS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-651-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Cobb County. The Objections of the purported Intervener Jones are incomprehensible sovereign citizen jargon. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Cobb County.

SO ORDERED, this 13 day of September, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Federal National Mortgage Association\r&r.wpd